# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 18, 2010

No. 09-60544

Lyle W. Cayce
Clerk

DENNIS QUILTER, JR.,

Petitioner

v.

ERIC H. HOLDER, JR., U. S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A071 844 643

Before JONES, Chief Judge, and JOLLY and GARZA, Circuit Judges.

PER CURIAM:[*]

Dennis Quilter, Jr., is a native and citizen of Belize. He petitions this court to review the decision of the Board of Immigration Appeals affirming the decision of the Immigration Judge to grant the motion of the Department of Homeland Security to reopen the removal proceedings. We have carefully reviewed the administrative record and the briefs of the parties, but found no reversible error. Accordingly, the petition for review is

DENIED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.